IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **CORDEN WILLIAMS,** | ) |
| **Plaintiff** | ) ) ) |
| vs. | ) 1:06-CV-127 ) |
| **VITELCO and INNOVATIVE COMMUNICATIONS CORP.,** | ) ) ) |
| **Defendants.** | ) ) |

## ORDER OF RECUSAL

District Judge Raymond L. Finch hereby recuses himself from the above-captioned matter.

ENTER:

DATED: July 17, 2007

/s/ Raymond L. Finch
Raymond L. Finch
District Judge