| DISTRICT COURT OF THE VIRGIN ISLANDS |
|---|
| DIVISION OF ST. CROIX |

| | | |
|---|---|---|
| **CORDEN WILLIAMS,** | | |
| **Plaintiff,** | ‖ | 2006-CV-0127 |
| v. | ‖ | |
| **VIRGIN ISLANDS TELEPHONE CORPORATION (VITELCO)  and INNOVATIVE COMMUNICATION CORPORATION,** | ‖ | |
| **Defendants.** | ‖ | |

TO:   Lee J. Rohn, Esq.
     Kevin A. Rames, Esq.
     Kenrick Robertson, Commissioner
      Virgin Islands Department of Licensing and Consumer Affairs
      Golden Rock Shopping Center
      Christiansted, VI 00820

## ORDER VACATING ORDER(S) TO SHOW CAUSE

THIS MATTER came before the Court upon Plaintiff's Notice of Withdrawal of Motion to Show Cause (Docket No. 64).

Plaintiff represents that the Department of Licensing and Consumer Affairs now has complied with the subpoena duces tecum at issue, rendering the issue moot.  However, because the motion for order to show cause already has been granted it cannot be withdrawn.

*Williams v. VITELCO*
2006-CV-0127
Order to Show Cause
Page 2

Accordingly, it is now hereby **ORDERED**:

1.      Order(s) to Show Cause (Docket Nos. 60, 61, 62) is **VACATED**.

2.      The show cause hearing set for **December 8, 2008, at 10:00 a.m.**, is

      **CANCELED**.

ENTER:

Dated: December 5, 2008                          /s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE